IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

FLEURETTE ALLEN,

      Defendant.

                           /

No. C 11-00286 CRB

**ORDER RE LEASE AGREEMENT**

     The Government is hereby ORDERED to file with the Court a copy of the operative lease agreement in this case, along with a declaration demonstrating it was the operative agreement at the time in question.

     **IT IS SO ORDERED.**

Dated: February 28, 2012

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\286\Order re lease agreement.wpd