IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 11-00286 CRB |
| Plaintiff, | **ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| v. | |
| FLEURETTE ALLEN, | |
| Defendant. | |

Defendant's Motion for Leave to File a Motion for Reconsideration of Defendant's Motion to Suppress is DENIED. The Court finds the submission of the lease not material, as discussed in the Order regarding the Stipulated Bench Trial filed herewith.

**IT IS SO ORDERED.**

Dated: March 5, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE