1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 11-286 CRB (JCS) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER TO MODIFY CONDITIONS OF |
| | ) | RELEASE |
| | ) | |
| FLEURETTE ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

On May 6, 2011, defendant Fleurette Allen was released on a $75,000 unsecured bond to reside in the halfway house while his case is pending. Mr. Allen has been compliant with his conditions of pretrial release for over one year now. He also has obtained and maintained full time employment. Given his compliance, he now requests that the Court remove the condition that he reside at the halfway house and impose a new condition stating that he shall reside with his mother in Oakland, CA, and that he shall be subject to location monitoring, with a curfew to be set by the pretrial services officer. He agrees that he shall contribute to the cost of location monitoring as directed by the pretrial services officer. All other conditions shall remain in place. Pretrial Services Officer Victoria Gibson is in agreement with the proposed modifications, and the government does not object to the proposed modifications.

IT IS SO STIPULATED.

                                          MELINDA HAAG
                                          United States Attorney

8/8/12                                        /s/
_____            _____
DATED                                      RANDY LUSKEY
                                              Assistant United States Attorney


                                          GEOFFREY HANSEN
                                          Acting Federal Public Defender

8/8/12                                        /s/
_____            _____
DATED                                      RITA BOSWORTH
                                              Assistant Federal Public Defender


    In light of the parties' stipulation, it is hereby ORDERED that the defendant's conditions of release shall be modified such that the defendant shall no longer be required to reside at a halfway house. The defendant shall reside with his mother in Oakland, CA. The defendant shall be subject to location monitoring, with a curfew to be set by the pretrial services officer. The defendant shall contribute to the cost of location monitoring at the direction of the pretrial services officer. All other conditions of release shall remain in place.


 August 10, 2012                                    _____
DATED                                      ~~JOSEPH C. SPERO~~  LAUREL BEELER
                                             United States Magistrate Judge